UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                                         CASE NO.:   8: 92-cr-363-T-23MAP

THOMAS COLEMAN
_____/

### ORDER

The United States Sentencing Commission promulgated Amendment 706, which lowers the base offense level for a cocaine base ("crack" cocaine) offense by two levels for an eligible defendant sentenced on or after November 1, 2007. Effective March 8, 2008, the Commission applied this amendment retroactively to a defendant sentenced before November 1, 2007. Thomas Coleman, an inmate sentenced before November 1, 2007, moves (Doc. 99) pro se pursuant to 23 U.S.C. § 3582(c)(2) and Section 1B1.10, United States Sentencing Guidelines, for a two-level reduction in his base offense level.

Although at his 1994 sentencing his calculated offense level was 30 and his criminal history category was III, which yields a guidelines sentencing range of 121-151 months, Coleman was sentenced to two hundred forty months in accord with the twenty-year minimum mandatory sentence required by 21 U.S.C. § 841(b)(1)(A). Section 1B1.10(a)(2)(B) provides that a reduction in sentence is "not consistent with this policy statement and therefore is not authorized . . . under 28 U.S.C. § 3582(c)(2) if . . . an amendment listed in subsection (c) does not have the effect of lowering the defendant's applicable guideline range." The pertinent "Application Note" in the

"Commentary" accompanying Section1B1.10(a)(2)(B) confirms that Amendment 706 will not lower the defendant's applicable guideline range if the operation of Amendment 706 is superseded by the operation of a statutory minimum mandatory term of imprisonment, which occurs in Coleman's circumstance.

Coleman's motion for a reduction of sentence (Doc. 99) is **DENIED**.

Coleman's motion (Doc. 100) to hold in abeyance his motion for a reduction of sentence is **DENIED AS MOOT**.

The Clerk shall furnish a copy of this order to the Federal Public Defender, the United States Attorney, the United States Probation Office, and the defendant at Federal Prison Camp, P.O. Box 150160, Atlanta, Georgia, 30315.

ORDERED in Tampa, Florida, on _March 12th_, 2008.

Steven D. Merryday
UNITED STATES DISTRICT JUDGE